IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRENDA EVERETT, | : | CIVIL ACTION NO. **4:CV-13-1515** |
| Plaintiff | : | (Magistrate Judge Blewitt) |
| v. | : | |
| HOUSING AUTHORITY OF THE CITY OF SHAMOKIN, et al., | : | |
| Defendants | : | |

## ORDER

**NOW THIS 1st DAY OF NOVEMBER, 2013, BASED ON THE FOREGOING MEMORANDUM, AND AFTER HEARING FROM THE PARTIES, IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for Preliminary Injunction **(Doc. 3)** is **DENIED.**

2. Defendants' Motion for Partial Judgment on the Pleadings **(Doc. 21)** is **GRANTED.**

3. Plaintiff's claim under the U.S. Housing Act raised in Count I of her Complaint **(Doc. 1)** is **DISMISSED WITH PREJUDICE.**

4. Plaintiff's claims against Defendant Miller are **DISMISSED WITH PREJUDICE** and Defendant Miller is **DISMISSED FROM THIS CASE.**[1]

                              s/ Thomas M. Blewitt
                              **THOMAS M. BLEWITT**
                              **United States Magistrate Judge**

**Dated: November 1, 2013**

---

[1] By separate Order, the Court will set the case management deadlines with respect to Plaintiff's remaining due process claim against Defendant SHA, including deadlines for discovery and dispositive motions.