IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRENDA EVERETT, | : |
| | : CIVIL ACTION NO. **4:13-CV-1515** |
| Plaintiff | : |
| | : |
| v. | : (Magistrate Judge Blewitt) |
| | : |
| HOUSING AUTHORITY OF THE CITY OF SHAMOKIN, | : |
| | : |
| Defendant | : |

## ORDER

AND NOW, this 5 day of Sept, 2014, based on the foregoing Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for Leave to File a Supplemental Affidavit **(Doc. 53)** is **GRANTED**.

2. Plaintiff's Amended Motion for Partial Summary Judgment **(Doc. 40)** is **DENIED**.

3. Defendant SHA's Motion for Summary Judgment **(Doc. 43)** is **DENIED**.

4. By separate Order, the Court will schedule a pre-trial conference.

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: Sept. 5, 2014

FILED
SCRANTON
SEP 0 5 2014

PER _____
DEPUTY CLERK